**United States Bankruptcy Court**
**Central District of California**

In re __Peyman Taeidi_____    Case No. _____
                            Debtor(s)                Chapter __7__

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, __Peyman Taeidi__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ■ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date __January 9, 2015__    Signature _____
                                    Peyman Taeidi
                                    Debtor

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RY / E2D 20753183 | 01/ | 1001 | 1 of 1 |

Prodo Laboratories Inc
32 Mauchly Ste A
Irvine, CA 92618

# Earnings Statement

**ADP**

Period Starting:   10/11/2014
Period Ending:     10/25/2014
Pay Date:          10/31/2014

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:    4                 Federal:
  State:      2                 State:
  Local:      0                 Local:
Social Security Number:   XXX-XX-0459

Peyman Taeidi
400 Limestone Apt 323
Irvine, CA 92603

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5500 | 64.13 | 1702.65 | 39119.35 |
| Overtime | 39.8250 | 11.67 | 464.76 | 3537.22 |
| Vacation | | | 0.00 | 1867.23 |
| Sick | 26.5500 | 8.00 | 212.40 | 1938.15 |
| Holiday | 26.5500 | 8.00 | 212.40 | 1856.08 |
| Bonus | | | 0.00 | 1250.00 |
| Double-time | | | 0.00 | 350.99 |
| **Gross Pay** | | | **$2,592.21** | **$49,919.02** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -191.42 | 4150.10 |
| Social Security | -157.40 | 3078.63 |
| Medicare | -36.81 | 720.00 |
| California State Income | -121.62 | 2345.49 |
| California State DI | -25.38 | 496.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -44.88 | 89.76 |
| *Dental pre-tax | -7.36 | 147.20 |
| *Vision pre-tax | -1.34 | 26.80 |

| **Net Pay** | | **$2,006.00** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 8.00 | 73.00 |
| - Balance | | -33.00 |
| Vacation | | |
| - Carry Over | | 5.25 |
| - Accrued Hours | 3.33 | 73.30 |
| - Taken Hours | 0.00 | 72.42 |
| - Balance | | 0.88 |
| Total Hours Worked | 75.80 | 1577.62 |

Your federal taxable wages this period are $2,538.63
* Excluded from Federal taxable wages

© 1998, 2006 ADP, LLC. All Rights Reserved

| Company Code | Loc/Dept | Number | Page | | Earnings Statement |
|---|---|---|---|---|---|
| RY / E2D 20753183 | 01/ | 1803 | | | |

Prodo Laboratories Inc
32 Mauchly Ste A
Irvine, CA 92618

Period Starting: 11/11/2014
Period Ending: 11/25/2014
Pay Date: 11/28/2014

ADP

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 4             Federal:
  State: 2               State:
  Local: 0               Local:
Social Security Number: XXX-XX-0459

Peyman Taeidi
400 Limestone Apt 323
Irvine, CA 92603

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5500 | 87.08 | 2311.97 | 43664.71 |
| Overtime | 39.8250 | 7.97 | 317.41 | 4208.28 |
| Vacation | | | 0.00 | 1867.23 |
| Sick | | | 0.00 | 1938.15 |
| Holiday | | | 0.00 | 1856.08 |
| Bonus | | | 0.00 | 1250.00 |
| Double-time | 53.1000 | 2.43 | 129.03 | 480.02 |
| **Gross Pay** | | | **$2,758.41** | **$55,264.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 73.00 |
| - Balance | | -33.00 |
| Vacation | | |
| - Carry Over | | 5.25 |
| - Accrued Hours | 3.33 | 79.96 |
| - Taken Hours | 0.00 | 72.42 |
| - Balance | | 7.54 |
| Total Hours Worked | 97.48 | 1768.10 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -216.35 | 4557.09 |
| Social Security | -167.70 | 3403.40 |
| Medicare | -39.22 | 795.96 |
| California State Income | -138.62 | 2605.20 |
| California State DI | -27.05 | 548.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -44.88 | 179.52 |
| *Dental pre-tax | -7.36 | 161.92 |
| *Vision pre-tax | -1.34 | 29.48 |

| **Net Pay** | **$2,115.89** | |
|---|---|---|

Your federal taxable wages this period are $2,704.83
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC   All Rights Reserved.

TEAR HERE

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RY / E2D 20753183 | 01/ | 1002 | 1 of 1 | **Earnings Statement** | **ADP** |

Prodo Laboratories Inc
32 Mauchly Ste A
Irvine, CA 92618

Period Starting:   10/26/2014
Period Ending:    11/10/2014
Pay Date:             11/14/2014

Taxable Marital Status:   Married
Exemptions/Allowances:         Tax Override:
   Federal:     4                Federal:
   State:        2                State:
   Local:        0                Local:
Social Security Number:   XXX-XX-0459

Peyman Taeidi
400 Limestone Apt 323
Irvine, CA 92603

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5500 | 84.12 | 2233.39 | 41352.74 |
| Overtime | 39.8250 | 8.88 | 353.65 | 3890.87 |
| Vacation | | | 0.00 | 1867.23 |
| Sick | | | 0.00 | 1938.15 |
| Holiday | | | 0.00 | 1856.08 |
| Bonus | | | 0.00 | 1250.00 |
| Double-time | | | 0.00 | 350.99 |
| **Gross Pay** | | | **$2,587.04** | **$52,506.06** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.64 | 4340.74 |
| Social Security | -157.07 | 3235.70 |
| Medicare | -36.74 | 756.74 |
| California State Income | -121.09 | 2466.58 |
| California State DI | -25.34 | 521.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -44.88 | 134.64 |
| *Dental pre-tax | -7.36 | 154.56 |
| *Vision pre-tax | -1.34 | 28.14 |

| **Net Pay** | **$2,002.58** | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 73.00 |
| - Balance | | -33.00 |
| Vacation | | |
| - Carry Over | | 5.25 |
| - Accrued Hours | 3.33 | 76.63 |
| - Taken Hours | 0.00 | 72.42 |
| - Balance | | 4.21 |
| Total Hours Worked | 93.00 | 1670.62 |

Your federal taxable wages this period are $2,533.46
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC  All Rights Reserved.
TEAR HERE

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RY / E2D 20753183 | 01/ | 1004 | 1 of 1 | **Earnings Statement** | **ADP** |

Prodo Laboratories Inc
32 Mauchly Ste A
Irvine, CA 92618

Period Starting: 11/26/2014
Period Ending: 12/10/2014
Pay Date: 12/15/2014

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:   4               Federal:
  State:     2               State:
  Local:     0               Local:
Social Security Number: XXX-XX-0459

Peyman Taeidi
400 Limestone Apt 323
Irvine, CA 92603

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5500 | 63.90 | 1696.55 | 45361.26 |
| Overtime | 39.8250 | 1.72 | 68.50 | 4276.78 |
| Vacation | 26.5500 | 8.00 | 212.40 | 2079.63 |
| Sick | | | 0.00 | 1938.15 |
| Holiday | 26.5500 | 16.00 | 424.80 | 2280.88 |
| Bonus | | | 0.00 | 1250.00 |
| Double-time | | | 0.00 | 480.02 |
| **Gross Pay** | | | **$2,402.25** | **$57,666.72** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -162.93 | 4720.02 |
| Social Security | -145.62 | 3549.02 |
| Medicare | -34.05 | 830.01 |
| California State Income | -102.18 | 2707.38 |
| California State DI | -23.48 | 572.42 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -44.88 | 224.40 |
| *Dental pre-tax | -7.36 | 169.28 |
| *Vision pre-tax | -1.34 | 30.82 |

| **Net Pay** | | **$1,880.41** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 40.00 |
|   - Taken Hours | 0.00 | 73.00 |
|   - Balance | | -33.00 |
| Vacation | | |
|   - Carry Over | | 5.25 |
|   - Accrued Hours | 3.33 | 83.29 |
|   - Taken Hours | 8.00 | 80.42 |
|   - Balance | | 2.87 |
| Total Hours Worked | 65.62 | 1833.72 |

Your federal taxable wages this period are $2,348.67
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC   All Rights Reserved

TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RY / E2D 20753183 | 01/ | 1005 | 1 of 1 |

Prodo Laboratories Inc
32 Mauchly Ste A
Irvine, CA 92618

**Earnings Statement** ADP

Period Starting: 12/11/2014
Period Ending: 12/25/2014
Pay Date: 12/31/2014

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 4     Federal:
  State: 2     State:
  Local: 0     Local:
Social Security Number: XXX-XX-0459

**Peyman Taeidi**
**400 Limestone Apt 323**
**Irvine, CA 92603**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5500 | 64.38 | 1709.29 | 47070.55 |
| Overtime | 39.8250 | 1.67 | 66.51 | 4343.29 |
| Vacation | | | 0.00 | 2079.63 |
| Sick | | | 0.00 | 1938.15 |
| Holiday | 26.5500 | 16.00 | 424.80 | 2705.68 |
| Bonus | | 0.00 | 800.00 | 2050.00 |
| Double-time | | | 0.00 | 480.02 |
| **Gross Pay** | | | **$3,000.60** | **$60,667.32** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -252.68 | 4972.70 |
| Social Security | -182.71 | 3731.73 |
| Medicare | -42.73 | 872.74 |
| California State Income | -163.40 | 2870.78 |
| California State DI | -29.47 | 601.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -44.88 | 269.28 |
| *Dental pre-tax | -7.36 | 176.64 |
| *Vision pre-tax | -1.34 | 32.16 |

| Net Pay | $2,276.03 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 73.00 |
| - Balance | | -33.00 |
| Vacation | | |
| - Carry Over | | 5.25 |
| - Accrued Hours | 3.33 | 86.62 |
| - Taken Hours | 0.00 | 80.42 |
| - Balance | | 6.20 |
| Total Hours Worked | 66.05 | 1899.77 |

Your federal taxable wages this period are $2,947.02
* Excluded from Federal taxable wages